UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re:<br>John Pearson<br>Social Security No.:<br>xxx-xx-2690<br>Address:<br>131 Harrison Court, Pittsboro, NC 27312-<br><br>         Debtor | Case No. 09-82281- -<br>Chapter 7 |
| Structured Investment Company, L.L.C,<br>         Plaintiff<br>v.<br>John Pearson<br>         Defendant | Adversary Proceeding No.: 10-9018 |

**ORDER REGARDING MOTION FOR EXTENSION OF TIME TO ANSWER**

  FOLLOWING THE Motion of the Defendant and for just cause, the Court hereby extends the time for the Defendant to file an Answer in this case until May 31, 2010, and the Pre-Trial Conference is continued to June 17, 2010, at 11:00 a.m. at the Venable Center, Dibrell Bldg., Suite 280, 302 East Pettigrew Street, Durham, NC

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
John Pearson
Social Security No.:
xxx-xx-2690
Address:
131 Harrison Court, Pittsboro, NC 27312-

Case No. 09-82281- -
Chapter 7

Debtor

Structured Investment Company, L.L.C,
                              Plaintiff

Adversary Proceeding No.: 10-9018

v.

John Pearson
                              Defendant

# SERVICE LIST FOR
# ORDER REGARDING
# MOTION FOR EXTENSION OF TIME TO ANSWER

James B. Angell
Attorney for the Plaintiff

Edward C. Boltz
Attorney for the Defendant